IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAY MURRAY, | : | |
| | : | |
| Petitioner, | : | CIVIL ACTION NO. 00-4903 |
| | : | |
| v. | : | |
| | : | |
| PHILLIP JOHNSON; THE DISTRICT ATTORNEY OF THE COUNTY OF PHILADELPHIA, LYNN ABRAHAM; and THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, MICHAEL FISHER, | : | |
| | : | |
| Respondents. | : | |

**ORDER**

**AND NOW**, this 27th day of March, 2023, after considering the "Second Motion for Reconsideration of the Judgment Pursuant to Fed. R. Civ. Proc. 60(b)(6), Entered 09/28/2001, Dismissing Habeas Corpus Petition as Untimely" filed by the *pro se* petitioner, Bray Murray (Doc. No. 35); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The clerk of court shall **REOPEN** this case;

2. The "Second Motion for Reconsideration of the Judgment Pursuant to Fed. R. Civ. Proc. 60(b)(6), Entered 09/28/2001, Dismissing Habeas Corpus Petition as Untimely" (Doc. No. 35) is **DENIED**;

3. A certificate of appealability **SHALL NOT** issue; and

4. The clerk of court shall **MARK** this case as **CLOSED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.